**FILED**

JUN 1 9 2006

# United States District Court
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-filing

**UNITED STATES OF AMERICA** )
)
vs.                                )           **Docket Number: CR 05-00805-1 MJJ**
)
**Arnold Ringgold**              )
)

_____

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby

ordered that the judgment and sentence originally set for _____ June 29, 2006 at 2:00 p.m.

be continued until _____ July 28, 2006 _____ at _____ 2:30 p.m. _____.

Date: _6/19/2006_

                                   Martin J. Jenkins
                                   United States District Judge

NDC-PSR-009 12/06/04